UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Baycol Products Liability Litigation | MDL No. 1431<br>(MJD/JGL) |
| This Document Relates to: | |
| *Stephan v. Bayer A.G., et al.* | Case No. 02-137 MJD/SRN |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendants Bayer Corporation and Bayer AG that the above-captioned matter, *Stephan v. Bayer A.G., et al.*, No. 02-137 MJD/SRN, be and is hereby voluntarily dismissed with respect to Defendants Bayer Corporation and Bayer AG with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1). The parties shall each bear their own costs.

Dated: June 22, 2004

William M. Audet
Ryan M. Hagan
ALEXANDER, HAWES & AUDET, LLP
300 Montgomery Street, Suite 400
San Francisco CA 94104
Telephone: 408.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

SCANNED
JUN 24 2004
U.S. DISTRICT COURT MPLS

Dated: June 22, 2004

Susan Weber/SAN

Susan A. Weber
SIDLEY, AUSTIN, BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

Philip S. Beck
Adam Hoeflich
BARTLIT, BECK, HERMAN,
PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago IL 60610
Telephone: 312.494.4411
Facsimile: 312.494.4440

Gene C. Schaerr
SIDLEY, AUSTIN, BROWN & WOOD
1501 K Street, N.W.
Washington DC 20005

Richard K. Dandrea
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
USX Tower
600 Grant Street, Fourth Floor
Pittsburgh PA 15219
Telephone: 412.566.6000
Facsimile: 412.566.6099

Peter W. Sipkins
DORSEY & WHITNEY
50 South 6th Street, Suite 1500
Minneapolis MN 55401-1498
Telephone: 612.343.7903
Facsimile: 612.340.2868

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that Defendants Bayer Corporation and Bayer AG in the above-captioned matter is dismissed from such action, and the entire action is dismissed with prejudice.

Dated: JUN 2 2 2004, 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Stephan,* No. 02-137 MJD/SRN